UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00325-APG-NJK |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| JULIO CESAR PARRA-CARRILLO, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Julio Cesar Parra-Carrillo,* is unsealed.

**DATED** this  7th  day of February, 2022.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge